IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

KRISTINA MUELLER, *et al.*

Plaintiffs,

v.

CHESAPEAKE BAY SEAFOOD HOUSE
ASSOCIATES, LLC

Defendant.

Civil Action No: 1:17-cv-01638-ELH

## CONSENT TO BE A PARTY PLAINTIFF/CLASS MEMBER

1. I consent and agree to pursue my minimum and overtime wage claims arising out of my employment with Chesapeake Bay Seafood House Associates, LLC, in connection with the above referenced lawsuit.

2. I work/worked for Chesapeake Bay Seafood House Associates, LLC, in the position of Bartender and/ or Server from on or about __8-1-2016__ to on or about __11-1-2016__.
*insert approx. start date*
*insert approx. end date*

3. I understand that this lawsuit is brought under Section 16(b) of the Federal Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

4. I hereby designate attorney Benjamin L. Davis, III and the Law Offices of Peter T. Nicholl to represent me for all purposes in this action.

5. I also designate a collective action representative as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Claimant's Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit.

**Please provide the following:**

| Signature: | Print Name: |
|---|---|
| *[signature]* | Tyler A. Marks |
| **Email:** | **All phone numbers:** |
| tyleramarks@gmail.com | 434-260-4623 <br> 804-972-2867 |
| **Address:** <br> 56 Whispering Pines Ln <br> Palmyra VA 22963 | |