IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **KRISTINA MUELLER,** *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> **CHESAPEAKE BAY SEAFOOD HOUSE ASSOCIATES, LLC** <br><br> Defendant. | Civil Action No: 1:17-cv-01638-ELH |

### PLAINTIFFS' MOTION FOR ADDITIONAL COURT-AUTHORIZED NOTICE OF LAWSUIT

Plaintiffs Kristina Mueller and Jill Mueller (hereinafter, "Plaintiffs"), by and through their undersigned counsel and the Law Offices of Peter T. Nicholl, hereby submit their Motion for Additional Court-Authorized Notice of Lawsuit (hereinafter, "Motion"). A substantial portion of the potential class have not received notice of the lawsuit. Defendant has also made improper contacts with members of the prospective class. Additional steps must be taken to ensure that all class members are notified of the lawsuit and their rights to proceed. Plaintiffs' supporting Memorandum is attached.

Respectfully submitted,

/s/ *Benjamin L. Davis, III*
Benjamin L. Davis, III, Esq.
George E. Swegman, Esq.
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, Maryland 21201
Phone No.: (410) 244-7005
Fax No.:    (410) 244-8454

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December 2017, a copy of Plaintiffs' Motion for Additional Court-Authorized Notice of Lawsuit, supporting Memorandum and proposed Order were served via the electronic filing system on:

Emmett F. McGee
Keith D. Hudolin
Jackson Lewis P.C.
2800 Quarry Lake Drive
Suite 200
Baltimore, MD 21209

*Attorneys for Defendant*

/s/*Benjamin L. Davis, III*

*Attorney for Plaintiffs*