IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **KRISTINA MUELLER,** *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> **CHESAPEAKE BAY SEAFOOD HOUSE ASSOCIATES, LLC** <br><br> Defendant. | Civil Action No: 1:17-cv-01638-ELH |

## ORDER

Upon consideration of Plaintiffs' Motion for Additional Court-Authorized Notice of Lawsuit ("Motion"), it is this ___ day of _____ 2017 hereby:

ORDERED that the Motion is granted and that Defendant shall produce to Plaintiffs' counsel, within fifteen (15) days, a list of the last known email address of every individual listed on the class list who has yet to join this matter. Plaintiffs shall be allowed to send additional class notice by both mail and email to all prospective class members. Additional language is to be included in the notice to make clear to all potential class members that the signing of and/or distribution of an arbitration agreement does not prevent them from joining this lawsuit. Plaintiffs are granted a forty-five (45) day extension of the opt-in deadline, which is to commence within fifteen (15) days of the date Defendant provides Plaintiffs with the additional contact information.

_____                          _____
Date                                     Hon. Ellen L. Hollander, United States District Judge