Mueller, et al. v. Chesapeake Bay Seafood House Associates, L.L.C.
Notice Returned as Undeliverable

| Title | First Name | Last Name | Old Address |
|---|---|---|---|
| Mr. | Gavin S. | Adams | 16 Lady Slipper Ct., Martinsburg, WV 25404 |
| Ms. | Shanora L. | Adams | 4109 Anderson Rd., Triangle, VA 22172 |
| Ms. | Alexis O. | Aguilar | 7507 Vernon Square Dr., Apt. 304, Alexandria, VA 22306 |
| Mr. | Tyler K. | Aiken | 101 W. Beverley St., Staunton, VA 24401 |
| Mr. | Kyle M. | Albright | 320 Gunn Ln., Woodstock, VA 22664 |
| Mr. | Egorov | Alexander | 4600 Duke St., Apt. 915, Alexandria, VA 22304 |
| Mr. | Corte E. | Allen | 107 Community Way, Apt. 727, Staunton, VA 24401 |
| Mr. | Christopher | Almaraz | 612 Oakland Hills Dr., Apt. 102, Arnold, MD 21012 |
| Ms. | Chelsey E. | Almaraz | 612 Oakland Hills Dr., Apt. 102, Arnold, MD 21012 |
| Mr. | Cedric G. | Amey | 330 S. Patrick St., Alexandria, VA 22314 |
| Ms. | Maria G. | Anderson | 531 N. Jordan St., Alexandria, VA 22304 |
| Ms. | Samantha N. | Anthony | 11210 Jefferson Davis Hwy, Apt. 36, Richmond, VA 23237 |
| Ms. | Arianna A. | Ashton | Address scratched out |
| Ms. | Asia | Atkins | 6352 Alderman Dr., Alexandria, VA 22315 |
| Ms. | Erika T. | Ausley | 2 Roseville Ct., Stafford, VA 22556 |
| Ms. | Ashley C. | Avery | 8405 Oakgrove Ct., Manassas, VA 20110 |
| Mr. | Kobe | Baker | 10819 Bower Ave., Williamsport, MD 21795 |
| Ms. | Karrie B. | Webber-Baker | 424 W. John St., Martinsburg, WV 25401 |
| Ms. | Robin S. | Ball | 12617 Safety Turn, Bowie, MD 20715 |
| Ms. | Carrie E. | Barnes | 10848 Red Maple Dr.ive, Denton, MD 21629 |
| Ms. | Brianna L. | Barnett | 715 Appomattox Rd. W, Davidsonville, MD 21035 |
| Mr. | Kristen B. | Barrickman | 1309 Whittier Ave., Winchester, VA 22601 |
| Ms. | Ngalla | Barry | 3001 Branch Ave., Apt. 134, Temple Hills, MD 20748 |
| Ms. | Tyisha | Baxter | 99 S. Bragg St., Apt. 43, Alexandria, VA 22312 |
| Ms. | Hanna E. | Bayless | 1007 Race St., Apt. B, Cambridge, MD 21613 |
| Mr. | Patrick A. | Belcher | 1396 Hunters Rd., Apt. H, Harrisonburg, VA 22801 |
| Mr. | Greg A. | Bennett | 200 W. Martin St., Apt. 3, Martinsburg, WV 25401 |
| Ms. | Shelby L. | Bielefeldt | 4421 Scotia Rd., Halethorpe, MD 21227 |
| Ms. | Heather D. | Biesel | 441 Yellowspring South, Laurel, MD 20724 |
| Ms. | Emily E. | Bird | 11603 Vantage Hill Rd., Apt. 2C, Reston, VA 20190 |
| Ms. | Emily A. | Blackburn | 4660 Martin Luther King, Jr. Ave. SW, Washington, DC 20032 |
| Ms. | Sarahanne R. | Blackwell | 1513 W. Beverly St., Staunton, VA 24401 |
| Ms. | Danielle M. | Boers | 12024 Hidden Nest Ct., Midlothian, VA 23112 |
| Ms. | Ashley M. | Bond | 1244 Chatham Rdg., Charlottesville, VA 22901 |
| Mr. | Bradley E. | Boone | 15 Gaither Manor Dr., Apt. 101, Sykesville, MD 21784 |
| Mr. | Jayson A. | Boyce | 794 St. Clair, Hagerstown, MD 21742 |
| Ms. | Harmony | Brandt | 45520 Severn Way, Apt. 402, Sterling, VA 20166 |
| Ms. | Taylor J. | Brice | 15609 Everglade Ln., Apt. 304, Bowie, MD 20716 |
| Mr. | Christopher T. | Brietich | 1209 Sunken Rd., Apt. 18, Fredericksburg, VA 22401 |
| Ms. | Belsabel | Brook | 6145 Leesburg Pike, Apt. 106, Falls Chruch, VA 22041 |

Page 1

PLAINTIFF'S EXHIBIT 1

**Mueller, et al. v. Chesapeake Bay Seafood House Associates, L.L.C.**
**Notice Returned as Undeliverable**

| | | | |
|---|---|---|---|
| Ms. | Kailen | Brown | 3608 30th St., Chesapeake Beach, MD 20732 |
| Mr. | Everage T. | Brown | 63 Guinnett Lane, Bowie, MD 20720 |
| Mr. | Bobby J. | Brown | 72 Andrew Dr., Bunker Hill, WV 25413 |
| Ms | Leslie S. | Burgos | 822 Ivy Way, Apt. 3A, Frederick, MD 21701 |
| Mr. | Jordan L. | Burns | 3627 Minnesota Ave. SE, Washington, DC 20019 |
| Ms. | Alyssa M. | Busco | 2952 Suburban Rd., Apt. B, Lynchburg, VA 24501 |
| Mr. | Timothy J. | Butcher | 8420 Felstead Lane, Manassas, VA 20110 |
| Ms. | Nicole M. | Byers | 104 First Street, Oxford, MD 21654 |
| Ms. | Regina A. | Byrd | 3103 9th Rd. N, Apt. 7, Arlington, VA 22201 |
| Ms. | Vicki E. | Cashwell | 221 Sugarland Run Dr., Sterling, VA 20164 |
| Mr. | Jordan K. | Castle | 7243 Saint Lucia Ct., Manassas, VA 20109 |
| Mr. | Eric P. | Champ | 333 Amber Cir., Warrenton, VA 20186 |
| Mr. | Jordan K. | Chatman | 3112 Furman Ln., Apt. 402, Alexandria, VA 22306 |
| Ms. | Nia | Cheney | 912 Palmer Rd., Apt. 10, Fort Washington, MD 20744 |
| Ms. | Alexandra F. | Cheney | 6000 California Cir., Apt. 415, Rockville, MD 20852 |
| Ms. | Angela M. | Chesler | 194 Malpine Road, Apt. 2206, Rockville, MD 20852 |
| Ms. | Wendy C. | Chevez Ortega | 160 Willowdale Dr., Apt. 402, Frederick, MD 21702 |
| Mr. | Theodore E. | Chisolm | 111 Washington St., Occoquan, VA 22125 |
| Mr. | Erik W. | Chronister | 5297 Saint Genevieve Pl., Alexandria, VA 22315 |
| Ms. | Faith | Clark | 1127 Ravenswood Drive, Stephens City, VA 22602 |
| Ms. | Amelia D. | Clark | 14276 Riverside Dr., Ashland, VA 23005 |
| Ms. | Latashia P. | Clarke | 11800 Forbidden Forest Cir., Fredericksburg, VA 22407 |
| Ms. | Mayra A. | Claure | 8171 Heritage Ct., Dahlgren, VA 22448 |
| Mr. | Tyler J. | Clemmons | 10337 Abbott Rd., Manassas, VA 20110 |
| Ms. | Virginia M. | Cline | 107 Community Way, Apt. 727, Staunton, VA 24401 |
| Mr. | Matthew S. | Coiner | 107 Canton Ln., Stuarts Draft, VA 24477 |
| Mr. | Juan M. | Cortez | 906 Allison St., Apt. 432, Falls Chruch, VA 2046 |
| Mr. | Ryan | Cottom | 5597 Seminary Rd., Falls Church, VA 22041 |
| Mr. | Jeffrey D. | Counts | 7243 Saint Lucia Ct., Manassas, VA 20109 |
| Ms. | Samantha J. | Crane | 902 Old Rixeyville, Rd., Apt. A, Culpeper, VA 22701 |
| Ms. | Jennifer M. | Crehan | 5632 Glen Hill Ct., Jefferson, MD 21755 |
| Ms. | Candice B. | Criswell | 1704 Roberts St., Apt. 7, Winchester, VA 22601 |
| Ms. | Marie Noelle | Cullinan | 8131 Prescott Dr., Apt. 201, Vienna, VA 22180 |
| Mr. | Oscar A. | Cuzmar | 3602 S. 14th Street, Apt. 413, Annandale, VA 22003 |
| Ms. | Adisorn | Damrongchai | 3101 S. Manchester St., Apt. 911, Falls Church, VA 22044 |
| Mr. | Kristopher L. | Daniels | 13913 Berkley Davis Dr., Chesterfield, VA 23838 |
| Ms. | Jena B. | Danson | 4229 Annapolis Rd., Baltimore, MD 21227 |
| Mr. | Adrien L. | Dargin | 4608 Cortez Tez., Ashburn, VA 20148 |
| Ms. | Rebecca D. | Davenport | 117 Windcrest Cir., Winchester, VA 22602 |
| Ms. | Brooke N. | Davis | 5688 Singers Glen Rd., Harrisonburg, VA 22802 |
| Mr. | James M. | Davis | 21 Pruchnic Ln., Apt. 201, Verona, VA 24482 |
| Ms. | Erin L. | Decourcy | 3800 Atlantic Ave., Virginia Beach, VA 23451 |

**Mueller, et al. v. Chesapeake Bay Seafood House Associates, L.L.C.**
**Notice Returned as Undeliverable**

| | | | |
|---|---|---|---|
| Ms. | Chinasa N. | Dike | 2326 Brightseat Rd., Apt. 3, Hyattsville, MD 20785 |
| Ms. | Ashley | Dike | 4301 W. Villiage Avenue, Apt. 5011, Suitland, MD 20746 |
| Ms. | Terra A. | Dobson | 422 Guilford Ave., Staunton, VA 24401 |
| Mr. | James Daniel | Doucet | 14060 Talley Ct., Queen Anne, MD 21657 |
| Mr. | Isis I. | Dow | 1086 Carlton Pl., Apt. 1C, Frederick, MD 21703 |
| Mr. | Stephen E. | Dryer | 5735 Rowanberry Dr., Apt. 205, Elkridge, MD 21075 |
| Mr. | Delonte E. | Duff | 6904 Arbor Ln., Bryans Road, MD 20616 |
| Mr. | Caleb G. | Dunaway | 308 Westfield Rd., Charlottesville, VA 22901 |
| Ms. | Jasmine | Edwards | 324 Woodstock Ln., Winchester, VA 22601 |
| Mr. | Carlo | Ellerb | 5658 St. evens Forest Rd., Apt. 168, Columbia, MD 21045 |
| Ms. | Zaret-Sahar | Escobar | 2421 Berry Thicket Ct., Waldorf, MD 20603 |
| Mr. | Guillaume J. | Etourman Djor | 5901 Monterey Apts., Apt. N 104, Rockville, MD 20852 |
| Mr. | Alexander R. | Farrington | 22 Tamela Ct., Harrisonburg, VA 22801 |
| Ms. | Victoria M. | Farrish | 2114 Blue Spruce Dr., Culpeper, VA 22701 |
| Ms. | Brittany C. | Faulkner | 521 Greenway Rd., SE, Glen Burnie, MD 21061 |
| Mr. | Denver R. | Feeney | 8111 Delvin Rd., Bristow, VA 20136 |
| Mr. | Joachim P. | Ferk | 1465 28th St. S., Apt. 3, Arlington, VA 22206 |
| Mr. | Bobby J. | Fields | 2423 Harriet Ave., Baltimore, MD 21230 |
| Ms. | Brianna A. | Flores | 1410 J Mitchell Jones Dr., Apt. 5304, South Chesterfield, VA 23803 |
| Ms. | Rya N. | Frazier | 2600 Brinkley Rd., apt. 312, Fort Washington, MD 20744 |
| Ms. | Tiffany M. | Freeman | 2908 Willston Pl., Apt. 102, Falls Church, VA 22044 |
| Ms. | Morgan F. | Fritz | 6102 Salem Oaks Ter., Richmond, VA 23237 |
| Ms. | Kayla JD | Fuller | 2245 Landover Pl., Apt. E12, Lynchburg, VA 24501 |
| Ms. | Breanna F. | Gallup | 16014 John Quick Rd., Quantico, VA 22134 |
| Mr. | Terric J. | Gamble | 3907 Saddlebrook Ct., Upper Marlboro, MD 20772 |
| Ms. | Brigitte M. | Garvey | 117 Parris Ln., Apt. D8, Easton, MD 21601 |
| Ms. | Sharon R. | Gary | 1946 Rochelle Ave., Apt. 437, Forestville, MD 20747 |
| Ms. | Samai E. | Gayle | Crescent Rd., Apt. 206, Greenbelt, MD 20770 |
| Mr. | Jose O. | Giasti | 3317 Anne DeBourgh Dr., Triangle, VA 22172 |
| Mr. | Latoya R. | Gil | 3515 Belfry Ln., Woodbridge, VA 22192 |
| Ms. | Saige E. | Gilpin | 5 First St., Indian Head, MD 20640 |
| Mr. | Michael D. | Gist | 8139 Show Case Ct., Pasadena, MD 21122 |
| Ms. | Alissa J. | Giunta | 3950 Goodpasture Loop, Apt. 151, Eugene, OR 97401 |
| Ms. | Lauren A. | Glenn | 14081 Big Crest Ln., Apt. 304, Woodbridge, VA 22191 |
| Ms. | Amanda M. | Gogarty | 11418 Rockville Pike, Apt. 603E, North Bethesda, MD 20852 |
| Ms. | Victoria M. | Gonzalez | 613 2nd St., Martinsburg, WV 25404 |
| Mr. | Jason A. | Gordon | 1709 Jumper Ct., Vienna, VA 22182 |
| Mr. | Daniel K. | Goschke | 2236 Peyton Dr.ive, Apt. 13, Charlottesville, VA 22901 |
| Ms. | Grace | Prentice | 1012 N. George Mason Dr., Arlington, VA 22205 |
| Mr. | Sean K. | Grady | 4916 Fran Pl., Alexandria, VA 22312 |
| Mr. | Jerrell M. | Graham | 833 Bashford Ln., Apt. 104, Alexandria, VA 22314 |

**Mueller, et al. v. Chesapeake Bay Seafood House Associates, L.L.C.**
**Notice Returned as Undeliverable**

| | | | |
|---|---|---|---|
| Ms. | Malaya | Grant | 2362 Flora Spring St., Waldorf, MD 20601 |
| Ms. | Tamara S. | Gray Williams | 1008 Porsmouth Rd., Manassas, VA 20109 |
| Ms. | Meaghan E. | Green | 3804 English Horn Ct., Richmond, VA 23233 |
| Ms. | Lisa M. | Gribble | 5820 Post Corners Trl., Apt. C, Centerville, VA 20120 |
| Ms. | Madeline S. | Guthrie | 111 W. Marshall St., Apt. B, Richmond, VA 23220 |
| Mr. | Jewpriece M. | Hall | 11651 Nebel St., Rockville, MD 20852 |
| Ms. | Chasitie N. | Harold | 11310 Brinker Ct., Culpeper, VA 22701 |
| Ms. | Rachel L. | Hastings | 303 Peliso Ave., Orange, VA 22960 |
| Ms. | Tonya E. | Hawes | 2349 Lancashire Dr., Richmond, VA 23235 |
| Ms. | Pamela B. | Hayes | 2526 Fernwood Ct., Waldorf, MD 20601 |
| Mr. | Cornell S. | Hayes, Jr. | 320 23rd St. S, Apt. 1112, Arlington, VA 22202 |
| Ms. | Chelsea E. | Hedrick | 1933 Sunchase Dr., Apt. G, Harrisonburg, VA 22801 |
| Mr. | Jacob P. | Heltzel | 780 Hillmont Cir., Apt., 101, Harrisonburg, VA 22801 |
| Ms. | Melissa E. | Hernandez | 4011 92nd Ave., Springdale, MD 20774 |
| Ms. | Shieda A. | Heron | 31 Gordon Dr., Martinsburg, WV 25404 |
| Ms. | Caroline L. | Hilder | 4087 Jasper Loop, Dumfries, VA 22025 |
| Mr. | Joshua K. | Hill | 10 Bickel Ct., Sterling, VA 20165 |
| Ms. | Ashleigh E. | Himes-Gleaton | 1208 Chase Heritage Cir., Apt. 202, Sterling, VA 20164 |
| Ms. | Sarah M. | Hodges | 7101 Glaxie Rd., Apt. 2, Richmond, VA 23228 |
| Ms. | Elisia G. | Holderfield | 410 Ruskin Dr., Apt. 308, Charlottesville, VA 22901 |
| Ms. | Michelle L. | Holly | 45510 Severn Way, Apt. 231, Sterling, VA 20166 |
| Ms. | Brittany N. | Holt | 406 Patrick Ave., Salisbury, MD 21801 |
| Ms. | Leslie T. | Holt | 1309 Spring Meadow Ln., Apt. 203, Culpeper, VA 22701 |
| Ms. | Sawyer Q. | Hopkins | 312 Green St., Winchester, VA 22601 |
| Mr. | James A. | Hopkins | 1456 Key Pkwy, Apt. B4, Frederick, MD 21702 |
| Mr. | Nathaniel | Hopson | 45510 Severn Way, Apt. 116, Sterling, VA 20166 |
| Mr. | Akeem L. | Howard | 1707 Cedar Hill Rd., Charlottesville, VA 22901 |
| Ms. | Rachelle | Hughes | 2336 Peyton Drive, Apt. 19, Charlottesville, VA 22901 |
| Ms. | Darionna T. | Hunt | 15410 Mendoza Ln., Apt. 304, Woodbridge, VA 22191 |
| Ms. | Megan L. | Huth | 821 Pontiac Ave., Baltimore, MD 21225 |
| Mr. | Nicholas A. | Hylton | 7605 Jarvis Ct., Manassas, VA 20109 |
| Mr. | Quintin T. | Isaac | 4500 Lords Landing Rd., Apt. 411, Upper Marlboro, MD 20772 |
| Ms. | Kayla M. | Jackson | 14616 Bridle Creek Rd., Woodbridge, VA 22193 |
| Mr. | Mercedez N. | Jackson | 4507 23rd Pkwy, Apt. 201, Temple Hills, MD 20748 |
| Mr. | Ryan C. | Jackson | 86 Harbour Heights Dr., Annapolis, MD 21401 |
| Ms. | Hannah M. | Jamison | 6036 Richmond Hwy, Apt. 310, Alexandria, VA 22303 |
| Mr. | Navid | Javid | 2287 Marginella Dr., Reston, VA 20191 |
| Mr. | Rahal O. | Jayasinghe | 11693 North Shore Dr., Apt. 2, Reston, VA 20190 |
| Mr. | Luis F. | Jimenez | 7506 Prince Cole Ct., Apt. S, Manassas, VA 20111 |
| Mr. | Edward | Johns | 9 W. Bullrush Drive, Milford, DE 19963 |
| Ms. | Ashley A. | Johnson | 15 N. Union St., Apt. 109, Petersburg, VA 23803 |

**Mueller, et al. v. Chesapeake Bay Seafood House Associates, L.L.C.**
**Notice Returned as Undeliverable**

| | | | |
|---|---|---|---|
| Ms. | Tajeena N. | Johnson | 2308 Virginia Ave., Hyattsville, MD 20785 |
| Mr. | Damien C. | Jones | 6917 Victoria Dr., Apt. K, Alexandria, VA 22310 |
| Mr. | Izayah | Jones | 13355 Lord Fairfax Pl.ace, Upper Malboro, MD 20772 |
| Ms. | Holly D. | Jones | 137 South Street, Secretary, MD 21664 |
| Mr. | Emmanouil | Kalafatis | 9226 Annhurst St., Fairfax, VA 22301 |
| Mr. | Fikre B. | Kebede | 5083 Filmore Ave., Apt. 202, Alexandria, VA 22311 |
| Ms. | Sarabeth | Kennedy | 107 W. Main St., Emmitsburg, MD 21727 |
| Mr. | Phillip S. | Khoulis | 17909 Swans Creek Ln., Dumfries, VA 22026 |
| Ms. | Diya L. | King | 320 23rd St. S, Apt. 304, Arlington, VA 22202 |
| Mr. | Joshua M. | Kongkeomaniv (letters cut off) | 10805 Condrey Ridge Ct., North Chesterfield, VA 23236 |
| Ms. | Joanne | Kramer | PO Box 3137 Glen Allen, VA 23058 |
| Ms. | Taylor A. | Landrum | 4921 Rushing River Dr., Ellicott City, MD 21043 |
| Mr. | Robert J. | Lane | 14105 Bay Vista Dr., Woodbridge, VA 22191 |
| Ms. | Andressa Q. | Lashley | 1370 Eisenhower Cir., Woodbridge, VA 22191 |
| Mr. | Kenneton T. | Lawson | 12 W. Sedgwick St., Sandston, VA 23150 |
| Ms. | Jenniger A. | Leach | 5329 Chiertain Cir., Alexandria, VA 22312 |
| Ms. | Sara L. | Leavell | 8191 Oak St., Mechanicsville, VA 23111 |
| Ms. | Isabella N. | Leavitt | PO Box 7461, Fredericksburg, VA 22404 |
| Mr. | Marcus A. | Leavy | 13024 Scotch Heather Pl., Woodbridge, VA 22192 |
| Ms. | Helen S. | Lemus Raymund | 2906 Furman Ln., Apt. 104, Alexandria, VA 22306 |
| Ms. | Amy L. | Lewis | 881 Y2 Fairmont Ave., Winchester, VA 22601 |
| Mr. | John H. | Lewis | 2331 Jefferson Davis Hwy, Stafford, VA 22554 |
| Ms. | Lilian I. | Lopez Sosa | 7819 Ashton St., Alexandria, VA 22309 |
| Mr. | Abdul H. | Lowe | 2158 Astoria Circle, Apt. 404, Harrisonburg, VA 22801 |
| Ms. | Brian R. | Lowenbach | 3235 Twymans Mill Rd., Orange, VA 22960 |
| Mr. | Diego | Luiz Castro | 2513 Winter Park Ln., Harrisonburg, VA 22801 |
| Ms. | Angela P. | Lunsford | 3503 Walkers Creek Rd., Middlebrook, VA 24459 |
| Ms. | Brianna | Lutz | 444 Gatewood Ct., Glen Burnie, MD 21061 |
| Mr. | James W. | Mack | 716 Kevin Ct., Winchester, VA 22601 |
| Ms. | Tifany T. | Majette | 4168 Suitland Rd., Apt. 202, Suitland, MD 20746 |
| Mr. | Binyam | Mamo | 4921 Seminary Road, Apt. 930, Bergton, VA 22811 |
| Ms. | Amrutha V. | Manoj | 13 Prospect St., Apt. 13, Staunton, VA 24401 |
| Ms. | Randolph M. | Marini | 716 Interval Rd., Hagerstown, MD 21740 |
| Ms. | Tiffany R. | Marshall | 764 Hillmont Cir., Apt. 203, Harrisonburg, VA 22801 |
| Ms. | Cadence A. | Martin | 8069 Green Orchard Rd., Glen Burnie, MD 21061 |
| Ms. | Amanda J. | Martin | 263 Gravelly Hill Ln., Middlebrook, VA 24459 |
| Ms. | Sabrina A. | Martin | 7145 Mason Grove Ct., Alexandria, VA 22306 |
| Ms. | Jenifer K. | Maser | 2215 Southgate Sq., Reston, VA 20191 |
| Mr. | Andrew R. | Matthews | 2214 Franklin Ave., Colonial Heights, VA 23834 |
| Ms. | Ashley C. | McClane | 12001 Old Columbia Pike, Apt. 116, Silver Spring, MD 20904 |

Mueller, et al. v. Chesapeake Bay Seafood House Associates, L.L.C.
Notice Returned as Undeliverable

| Ms. | Holly M. | McConville | 105 N. Hammonds Ferry Rd., Linthicum, MD 21090 |
|---|---|---|---|
| Ms. | Megan | McDonald | 1960 Gallows Rd., Vienna, VA 22182 |
| Ms. | Samantha J. | McFarland | 10 Renwick Ct., Stafford, VA 22556 |
| Mr. | Jeffrey C. | McGuire | 5810 Floral Park Rd., Brandywine, MD 20613 |
| Ms. | Marissa A. | McPhail | 7815 Golden Pine Cir., Severn, MD 21144 |
| Mr. | Ryan G. | McQueen | 1201 S Eads St., Apt. 612, Arlington, VA 22202 |
| Mr. | Nathaniel | Mcshay | 5834 CN Kings Hwy, Alexandria, VA 22303 |
| Mr. | Michael B. | Means | 4906 Valley Crest Dr., Midlothian, VA 23112 |
| Mr. | Stephen M. | Meier | 160A Willowdale Dr., Apt. 402, Frederick, MD 21702 |
| Ms. | Jayna C. | Melvis | 2018 Columbia Pike, Apt. 4, Arlington, VA 22204 |
| Mr. | Ryan C. | Merchant | 30007 Business Center Dr., Charlotte Hall, MD 20622 |
| Ms. | Maura A. | Miglioretti | 5597 Seminary Rd., Apt. 514S, Falls Church, VA 22041 |
| Ms. | Ariel M. | Miller | 5781 Rayburn Ave., Apt. 260, Alexandria, VA 22311 |
| Ms. | Stefanie L. | Miller | 12839 Hunterbrook Dr., Woodbridge, VA 22192 |
| Mr. | Forrest D. | Mills | 5577 Seminary Rd., Apt. 1315, Falls Church, VA 22041 |
| Ms. | Jocelyn K. | Mills | 8538 Biscayne Ct., Upper Marlboro, MD 20772 |
| Mr. | Brandon D. | Mincey | 1014 Marley Manor Dr., Apt. 202, Salisbury, MD 21804 |
| Ms. | Victoria | Misegades | 725 Knobbly Court, Chester, VA 23831 |
| Mr. | Troy B. | Mitchen | 655 Margate Dr., Lynchburg, VA 24502 |
| Ms. | Cayla | Monroe | 3126 Turkey Knob Rd., Mount Jackson, VA 22842 |
| Ms. | Ariel | Montano | 20668 Sutherlin Pl., Sterling, VA 20165 |
| Ms. | Morgan M. | Moore | 2490 Reservoir St., Apt. A, Harrisonburg, VA 22801 |
| Ms. | Melissa | Moore | 240 Westside Ave., Apt. 1, Hagerstown, MD 21740 |
| Ms. | Jasmine T. | Moore-Kyle | 5290 Duke, St., Apt. 203A, Alexandria, VA 22304 |
| Mr. | Patrick J. | Morales-Torres | 1228B Rowe St., Fredericksburg, VA 22401 |
| Mr. | Patrick S. | Moran | 11082 Linderwood Dr., Mechanicsville, VA 23116 |
| Ms. | Julia L. | Morrow | 1122 S. Alfred St., Apt. 212C, Alexandria, VA 22314 |
| Ms. | Jill K. | Mueller | 7512 Creighton Dr., College Park, MD 20740 |
| Ms. | Kristina | Mueller | 7512 Creighton Dr., College Park, MD 20740 |
| Ms. | Brittney R. | Needham | 140 Pheasant Lane Rd., Apt. 5D, Woodstock, VA 22664 |
| Ms. | Erica R. | Nelson | 166505 La Cantera Nelson Pkwy, Apt. 124, San Antonio, TX 78256 |
| Ms. | Kelsey L. | Newcomb | 107 Community Way, Apt. 727, Staunton, VA 24401 |
| Ms. | Amanda | Nicholson | 1040 Possum Hollow Trl., Gerrardstown, WV 25420 |
| Ms. | Brittany A. | Nolan | 17660 Mohr Oak Ln., Hughesville, MD 20637 |
| Ms. | Amanda | Novak | 3938 Chippendale Dr., Richmond, VA 23234 |
| Ms. | Madison D. | Oakes | 75 Tinkerview Dr., Cloverdale, VA 24077 |
| Ms. | Caitlin M. | Oaks | 1509 Hermintage Rd., Manakin-sabot, VA 23103 |
| Mr. | Aaron S. | Oferrall | 7289 Shirley Dr., Easton, MD 21601 |
| Ms. | Emily M. | Orzada | 64 Regatta Bay Ct., Apt. 440 Annapolis, MD 21401 |
| Ms. | Heather E. | Ostrowski | 1802 Inglewood Dr., Charlottesville, VA 22901 |
| Ms. | Yanita | Pakhar | 3307 Spring Ln., Falls Church, VA 22041 |

**Mueller, et al. v. Chesapeake Bay Seafood House Associates, L.L.C.**
**Notice Returned as Undeliverable**

| | | | |
|---|---|---|---|
| Ms. | Ayana L. | Parker | 901 Park St., Apt. B, Charlottesville, VA 22901 |
| Mr. | Sevar N. | Paunov | 5597 Seminary Rd., Apt. 11185 Falls Chruch, VA 22041 |
| Mr. | Adonis J. | Pedrialva | 3125 District Ave., Apt. 115, Charlottesville, VA 22901 |
| Mr. | Michael | Perez | 46920 Shady Point Sq., Apt. 203, Sterling, VA 20164 |
| Ms. | Aisha K. | Perkins | 3025 Forest Hills Cir., Apt. H, Lynchburg, VA 24501 |
| Ms. | Deanna M. | Persons | 7507 Vernon Square Dr., Apt. 304, Alexandria, VA 22306 |
| Mr. | Lee H. | Pettigrew | 3865 Fairfax St., Dumfries, VA 22026 |
| Ms. | Alexandra N. | Pierce | 17008 Gatlin Ct., Woodbridge, VA 22191 |
| Mr. | Craig H. | Pierce | 258 Carriage Chase Cir., Warrenton, VA 20186 |
| Ms. | Pixie N. | Pierce | 9601 Links Way, Apt. E, Glen Allen, VA 23059 |
| Ms. | Ashley M. | Poling | 15390 Fox Chase Ln., Culpeper, VA 22701 |
| Mr. | George | Porter | 5599 Seminary Rd., Apt. 20145, Falls Church, VA 22041 |
| Ms. | Emma A. | Priode | 3821 Creek Way, Chester, VA 23831 |
| Ms. | Melissa | Purvis | 8195 Poinsett Ter., Pasadena, MD 21122 |
| Mr. | William J. | Radicic | 13514 Tackhouse Ct., Gainesville, VA 20155 |
| Ms. | Nikita C. | Rainey | 6129 Leesburg Pike, Apt. 714, Falls Church, VA 22041 |
| Ms. | BreeAnna | Raison | 80 Arrowhead Dr., Stafford, VA 22556 |
| Ms. | Jocelyn M. | Ramirez | 703 North Cottage Rd., Sterling, VA 20164 |
| Ms. | Briana K. | Reid | 14756 Mountain Road, Glen Allen, VA 23059 |
| Mr. | Sergio A. | Reyes | 7424 Colshire Dr., Apt. 6, McLean, VA 22102 |
| Ms. | Karen J. | Reyes | 11913 Winterthur Ln., Apt. 106, Reston, VA, 20191 |
| Ms. | Mariza T. | Reyes Hernandez | 11913 Winterthur Ln., Apt. 106, Reston, VA, 20191 |
| Mr. | Christopher | Reynolds | 1033 Virginia Ave., Culpeper, VA 22701 |
| Ms. | Caitlyn R. | Rhoden | 970 Spa Rd., Apt. 202, Annapolis, MD 21403 |
| Ms. | Amanda N. | Richards | 2804 Crossfields Way, Oak Hill, VA 20171 |
| Ms. | Marlee Marie | Richards | 711 Monroe St., Apt. 303, Rockville, MD 20850 |
| Mr. | Andrew C. | Riley | 7404 Heatherfield Ln., Alexandria, VA 22315 |
| Mr. | Jacob C. | Ring | 4006-R Hyde Park Dr., Apt. 4006-r, Chester, VA 23831 |
| Mr. | Roberto J. | Rivas Martinez | 2719 Arlington Dr., Apt. 202, Alexandria, VA 22306 |
| Mr. | Antonio R. | Rivera | 4737 W. Braddock Rd., Apt. 200, Alexandria, VA 22311 |
| Ms. | Lisa C. | Robinson | PO Box 105, Thornburg, VA 22565 |
| Ms. | Shatara | Robertson | 1229 N. Quaker Ln., Apt. 202, Alexandria, VA 22302 |
| Mr. | Justin M. | Rodgers | 1036 Water Gate Dr., Lynchburg, VA 24502 |
| Ms. | Nimna | Rodrigo | 8051 Leesburg Pike, Vienna, VA 22182 |
| Mr. | Henry J. | Rodriguez | 4271 Duke St., Apt. C6, Alexandria, VA 22304 |
| Ms. | Lidia | Romero Dozier | 12514 Winexburg Manor Dr., Silver Spring, MD 20906 |
| Mr. | Flonsol | Rosario | 46920 Shady Point Sq., Apt. 203, Sterling, VA 20164 |
| Mr. | Michael J. | Ross | 20042 Coltsfoot Terrace, Apt. 102, Mclean, VA (no zip) |
| Ms. | Danielle N. | Rowe | 20316 Youngstoun Ct., Hagerstown, MD 21742 |
| Mr. | David A. | Ryerdanz | 335 Ridge Rd., Colonial Heights, VA 23834 |
| Mr. | Hegel | Saenz | 3236 Malibu Circle, Falls Church, VA 22204 |
| Mr. | George | Salib | 6205 Cool Valley Ct., Alexandria, VA 22310 |

**Mueller, et al. v. Chesapeake Bay Seafood House Associates, L.L.C.**
**Notice Returned as Undeliverable**

| | | | |
|---|---|---|---|
| Mr. | Jose J. | Sanchez | 5700 Luxemburg St., Apt. 303, N Bethesda, MD 20852 |
| Ms. | Ana | Sandoval | 7424 Adams Park Lane, Vienna, VA 22182 |
| Ms. | Breonna | Savoy | 1960 Gallows Rd., Vienna, VA 22182 |
| Mr. | John Z. | Scarlett | 129 Garber Ln., Winchester, VA 22602 |
| Ms. | Virginia E. | Seils | 408 Clyde Ave., Fruitland, MD 21826 |
| Ms. | Holly N. | Sewell | 5550 Columbia Pike, Apt. 482, Arlington, VA 22204 |
| Ms. | Melissa D. | Shaffer | 174 Ellisworth St., Alexandria, VA 22314 |
| Mr. | Robert P. | Sheire | 408 Arbor Pl., Easton, MD 21601 |
| Ms. | Veronica Y. | Shelton | 613 Reading Ter., Hyattsville, MD 20785 |
| Ms. | Heather L. | Shotts | 3988 Mala Ln., Apt. B, Charlotesville, VA 22936 |
| Ms. | Lindsay M. | Simpson | 16745 Diamondleaf Oak Ln., Apt. 101, Woodbridge, VA 22191 |
| Mr. | David E. | Sisson | 300 Amelia Dr., Apt. 204, Culpeper, VA 22701 |
| Ms. | Dixie M. | Slattery | 2041 Pruett Ct., Glen Allen, VA 23059 |
| Mr. | Jacob C. | Small | 321 Arbor Oak Dr., Ashland, VA 23005 |
| Ms. | Jennifer L. | Smith | 100 S. Market St., Frederick, MD 21701 |
| Ms. | Taylor | Smith | 110 Rececca Crt, Martinsburg, WV 25403 |
| Ms. | Christina R. | Smith | 932 Manchester Ct., Charlottesville, VA 22901 |
| Ms. | Meghan F. | Smith | 7611 Yellow Lily Dr., Apt. 103, Manassas, VA 20109 |
| Mr. | Jethro E. | Smith | 2331 Mill Rd. Ste. 100, Alexandria, VA 23314 |
| Mr. | Mitchell R. | Snyder | 2009 Arbor Hill Ln., Bowie, MD 20716 |
| Mr. | Michael A. | Somarriba | 12607 Bridoon Ln., Reston, VA 20191 |
| Ms. | Jessica J. | Spaid | 381 Shenandodah Ave., Winchester, VA 22601 |
| Mr. | Dale | Sprouse | 18 102 Montgomery Rd., Staunton, VA 24401 |
| Ms. | Samantha D. | Stanley | 138 Oakenwold Ter. Bsmt, Staunton, VA 24401 |
| Mr. | Jesse C. | Stock | 2208 Cheverly Ave., Cheverly, MD 20785 |
| Ms. | Jody D. | Stone | 7271 Spring Creek Rd., Bridgewater, VA 22812 |
| Ms. | Erica C. | Stone | 5208 Belgreen St., Apt. 101, Suitland, MD 20746 |
| Ms. | Anna M. | Stone | 17651 Egglestetton Rd., Amelia Court House, VA 23002 |
| Ms. | Annabeth J. | Stone | 94 White Hill Road, Staunton, VA 24401 |
| Ms. | Toni K. | Stugard | 11 Whitestone Dr., Stafford, VA 22556 |
| Mr. | Ryan W. | Sweeney | 14350 Stilton Cir., Silver Spring, MD 20905 |
| Ms. | Fayshawnda | Swingler | 100 Ridge St., Apt. 312, Charlottesville, VA 22902 |
| Ms. | Krista K. | Tabor | PO Box 5763, Fredericksburg, VA 22403 |
| Mr. | Peter K. | Taden | 3618 Baracroft View Ter., Apt. 204, Falls Church, VA 22041 |
| Ms. | Mackenzie A. | Tardif | 15123 Motanus Dr., Culpeper, VA 22701 |
| Mr. | Robert C. | Teem | 7506 Cross Gate Ln., Alexandria, VA 22315 |
| Ms. | Margarito | Tello Teles | 1534 Sharen Dr., Apt. H, Salisbury, MD 21804 |
| Ms. | Brandy S. | Thomas | 1019 Maple Ave., Rockville, MD 20851 |
| Ms. | Monica L. | Thomas | 1101 Lake Heron Dr., Apt. TB, Annapolis, MD 21403 |
| Ms. | Christina M. | Thorpe | 11235 Torrie Way, Apt. G, Bealeton, VA 22712 |
| Mr. | Karlos F. | Torres Arroyo | 3321 Willow Crescent Dr., Apt. 11, Fairfax, VA 22030 |

**Mueller, et al. v. Chesapeake Bay Seafood House Associates, L.L.C.**
**Notice Returned as Undeliverable**

| | | | |
|---|---|---|---|
| Ms. | Stephanie | Travers | 223 Polk Dr., Glen Burnie, MD 21061 |
| Ms. | Chloi K. | Treadwell | 6027 Surrey Square Ln., District Heights, MD 20747 |
| Mr. | Aaron R. | Trott | 2051 Red Spruce Ct., Bryans Road, MD 20616 |
| Ms. | Wendi G. | Turcios | 11030 Doubleday Ln., Manassas, VA 20109 |
| Ms. | Virginia A. | Turner | 141 Willowdale Dr., Apt. 12, Frederick, MD 21702 |
| Ms. | Summer J. | Van Loan | 2546 Hartel St., Fort George G Meade, MD 20755 |
| Mr. | Alvaro | Vargas | 3943 Carlin Spring Rd., T2, Falls Church, VA 22041 |
| Mr. | Anth R. | Von Gohren | 786 Harmony Ave., Arnold, MD 21012 |
| Ms. | Jessica M. | Von Vleck | 17101 King James Way, Apt. 302, Gaithersburg, MD 20877 |
| Ms. | Channequa E. | Wade | 409 Garner Ave., Waldorf, MD 20602 |
| Mr. | Collin K. | Waffird | 4915 Upland Dr., Alexandria, VA 22310 |
| Ms. | Lily L. | Walker | 2021 Arbor Hill Ln., Bowie, MD 20716 |
| Ms. | Rachel N. | Webb | 5121 Timbercreek Dr., Richmond, VA 23237 |
| Mr. | Andrew M. | Weeks | 2909 Wickersham Way, Apt. 201, Falls Church, VA 22042 |
| Ms. | Sara M. | Westbrook | 22945 Fleet Ter., Sterling, VA 20166 |
| Mr. | Aaron D. | William | P.O. Box 150, La Plata, MD 20646 |
| Ms. | Cecily N. | Williams | 260 N. Commerce Ave., Apt. 110, Waynesboro, VA 22980 |
| Ms. | Stephanie M. | Williford | 350 Collicello St., Harrisonburg, VA 22802 |
| Ms. | Bailey E. | Wilson | 19196 Buckystown Pike, Adamstown, MD 21710 |
| Mr. | Michael L. | Wilson | 21897 Blosson Hill Ter., Ashburn, VA 20147 |
| Ms. | Renee E. | Wilson | 1004 Jefferson Davis Hwy., Fredericksburg, VA 22401 |
| Mr. | Roddrick O. | Wimbush | 2410 Berkshire Pl., Apt. 47, Charlottesville, VA 22901 |
| Ms. | Melissa A. | Winston | 404 Barrington Way, Lynchburg, VA 24502 |
| Ms. | Theresa A. | Worosz | 12024 St.ardoard Dr., Apt. 405, Reston, VA 20194 |
| Ms. | Bethany L. | Wright | 34 Washington St., Apt. B2, Verona, VA 24482 |
| Ms. | Choua | Xiong | 410 Dorrier Dr., Apt. 1, Charlottesville, VA 22911 |
| Ms. | Alexis P. | Yingling | 163 Abino Hills Way W., Martinsburg, WV 25403 |
| Mr. | Brandon W. | York | 5721 Evergreen Knoll Ct., Alexandria, VA 22303 |
| Mr. | Timothy W. | Zieman | 15567 Aherbury Ct., Dumfries, VA 22025 |