# Mueller, et al. v. Chesapeake Bay Seafood House Associates, L.L.C.
## Additional Notices Returned as Undeliverable

| Title | First Name | Last Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Mr. | Vernon | Adams, II | 4109 Anderson Road | | Triangle | VA | 22172 |
| Ms. | Rhiannon | Albritton | 1729 E. Main Street | | Waynesboro | VA | 22980 |
| Mr. | Richard | Alford | 3010 Steven Martin Drive | | Fairfax | VA | 22031 |
| Mr. | Robert | Allen | 13 Melvin Avenue | | Catonsville | MD | 21228 |
| Ms. | Lavina | Alvis | 5601 Helmsdale Lane | | Alexandria | VA | 22315 |
| Ms. | Arielle | Anderson | 775 Quince Orchard Boulevard | Apt. 33 | Gaithersburg | MD | 20878 |
| Ms. | Tynae | Arnold | 8071 Juliet Lane | | Manassas | VA | 20109 |
| Mr. | Darrian | Ashton | 301 Jersey Court | | Bowie | MD | 20721 |
| Mr. | Matthew | Bell | 708 Manor Road | Apt. F | Alexandria | VA | 22305 |
| Mr. | Nicholas | Brown | 681 Lomax Drive | Apt.11 | Winchester | VA | 22601 |
| Mr. | Jordan | Bunge | 12201 Collinstone Place | | Glen Allen | VA | 23059 |
| Mr. | Marcus | Calhoun | 11604 St. Oneview Square | Apt. 2B | Reston | VA | 20191 |
| Mr. | Luis | Castillo | 104 Hatenback Court | | Sterling | VA | 20164 |
| Ms. | Jessie | Champagne | 3928 Freeport Place | Apt. 8 | Henrico | VA | 23233 |
| Ms. | Dunia | Davis | 6304 S. Kings Highway | Apt. 202 | Alexandria | VA | 22306 |
| Ms. | Dana | Diaz | 6739 Dartmouth Avenue | | Richmond | VA | 23226 |
| Mr. | Brandon | Dicorato | 8709 Barbara Ann Way | Apt. 103 | Demar | MD | 21875 |
| Mr. | Richard | Ford | 716 N. Ripley Street | | Alexandria | VA | 22304 |
| Ms. | Shannon | Friend | 7623 Wankoma Drive | | Remington | VA | 22834 |
| Ms. | Angel | Fuller | 723 Brenda Court | | Winchester | VA | 22601 |
| Mr. | James | Garner | 840 S. Dickerson Street | Apt. 104 | Arlington | VA | 22204 |
| Ms. | Mazzey | General | 9803 Good Luck Road | Apt. 8 | Lanham | MD | 20706 |
| Ms. | Shuquana | Hammond | 301 Shetland Court | Apt. D8 | Richmond | VA | 23227 |
| Ms. | Mariana | Jackson | 14616 Bridle Creek Road | | Woodbridge | VA | 22193 |
| Ms. | Alexandria | Jackson | 501 Harry S. Truman Drive | Apt. 407 | Largo | MD | 20774 |
| Mr. | Christopher | Johnson | 3004 Ample Court | | Bowie | MD | 20716 |
| Mr. | Jose | Machado-Be | 14810 Bryan Court | | Woodbridge | VA | 22193 |
| Ms. | Gabrielle | Madore | 5363 Providence Lane | | Sumerduck | VA | 22742 |
| Ms. | Diana | Martinez | 2601 Park Center Drive | Apt. C810 | Alexandria | VA | 22302 |
| Ms. | Sarah | McLaughlin | 10205 Daylily Court | | Manassas | VA | 20110 |
| Ms. | Taylor | Miller | 10426 Homeland Road | | Rixeyville | VA | 22737 |
| Mr. | Allamagan | Mohamud | 3917 Larchwood Road | | Falls Church | VA | 22041 |
| Ms. | Brittany | Olwine | 2301 Joplea Avenue | Apt. T4 | Baltimore | MD | 21225 |
| Ms. | Ana | Pardo Robin | 8017 Ashland Avenue | Apt. 10 | Manassas | VA | 20109 |
| Mr. | Seth | Perrin | 6433 English Ivy Court | | Springfield | VA | 20109 |
| Ms. | Tanyoka | Porter | 10528 Storch Drive | | Lanham | MD | 20706 |
| Ms. | Raquel | Ramierez | 723 Fallsgrove Drive | Apt. 4 | Rockville | MD | 20850 |
| Mr. | Julian | Robinson | 6509 Waldo Court | | Alexandria | VA | 22315 |
| Ms. | Erin | Seabrook | 5544 Percheron Court | Apt. D | Richmond | VA | 23227 |
| Mr. | Brandon | Shipe | 7011 Wood Court | | Warrenton | VA | 20187 |
| Ms. | Brittany | Shufelt | 23830 Griffith Road | | Preston | MD | 21655 |
| Ms. | Karen | Shultz | 16413 Jefferson Davis Highway | Apt. 4 | Colonial Heights | VA | 23834 |
| Ms. | Jessika | Simonson | 2728 Memorial Street | | Alexandria | VA | 22306 |

PLAINTIFF'S EXHIBIT 3

**Mueller, et al. v. Chesapeake Bay Seafood House Associates, L.L.C.**
**Additional Notices Returned as Undeliverable**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ms. | Dezhane | Smith | 6194 Little Valley Way | | Alexandria | VA | 22310 |
| Ms. | Fannie | Tinnell | 15 Talley Lane | | Rossville | GA | 30741 |
| Ms. | Ariana | Tolinos | 8307 Moline Place | | Springfield | VA | 22153 |
| Ms. | Lesli | Tucker | 20 Frontier Ridge Court | Apt. 2303 | Staunton | VA | 24401 |
| Mr. | Harvey | Wilkinson II | 148 High Ridge Road | | Stanardsville | VA | 22973 |
| Ms. | Brittney | Wines-Keen | 2413 Papermill Road | Apt. 11 | Winchester | VA | 22601 |