IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| KRISTINA MUELLER, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>CHESAPEAKE BAY SEAFOOD HOUSE ASSOCIATES, L.L.C.<br><br>    Defendant. | Civil Action No: 1:17-cv-01638-ELH |

## AFFIDAVIT

1. I, Stephanie N. Tamburrino, am over eighteen (18) years of age and am competent to testify to the facts contained herein.

2. If called as a witness, I could testify to these facts based upon my personal knowledge.

3. I currently reside at 504 Forest View Road, Linthicum, Maryland 21090.

4. From approximately November 2007 until present, I worked for Chesapeake Bay Seafood House, LLC (a.k.a. Chilli's Grill & Bar).

5. During the opt-in period in the above referenced case, I did not receive court authorized notice of the lawsuit via U.S. mail or any other means.

6. I was only advised of the lawsuit as a result of being contacted by a former co-worker of Chesapeake Bay Seafood House, LLC (aka Chilli's Grill & Bar).

7. If it were not for a former co-worker advising me of the matter, I would not have had any knowledge of the lawsuit or my rights to proceed.



PLAINTIFF'S
EXHIBIT
4

8. After contacting the Law Offices of Peter T. Nicholl and advising my attorneys of these concerns, it was confirmed that they had the correct address for me on file.

9. Therefore, it still remains unclear as to why I failed to receive notice.

I DECLARE under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/11/2017
Date

*Stephanie N. Tamburrino*
Signature